1
2
3                    UNITED STATES DISTRICT COURT
4                     EASTERN DISTRICT OF CALIFORNIA
5   TONY COBOS,                    )    1:06-cv-00317-AWI-TAG HC
                                   )
6              Petitioner,         )
                                   )    ORDER FOR RESPONDENT
7                                  )    TO FILE A RESPONSE
       v.                          )
8                                  )
    MENDOZA-POWERS,                )
9                                  )
               Respondent.         )
10  _____)
11
12       _____Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ
13  of habeas corpus pursuant to 28 U.S.C. § 2254.
    Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C.
14  § 2254.
15       The Court has conducted a preliminary review of the Petition.  Accordingly, pursuant to Rule
16  4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure,[1]
17  the Court HEREBY ORDERS:
18       1)   Respondent SHALL FILE a RESPONSE.  A Response can be made by filing one of the
19            following:
20            A.  AN ANSWER addressing the merits of the Petition and due within **NINETY (90)**
21                days of the *date of service* of this order.  Rule 4, Rules Governing Section 2254
22                Cases; <u>Cluchette v. Rushen</u>, 770 F.2d 1469, 1473-1474 (9th Cir. 1985) (court has
23                discretion to fix time for filing an Answer.).
24                –   Respondent SHALL INCLUDE with the Answer any and all transcripts or other
25
26  _____
27       [1]The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the extent that the practice
    in such proceedings are not set forth in the statutes of the United States and has heretofore conformed to the practice of civil
    actions."  Fed.R.Civ.P. 81(a)(2).  Rule 11 also provides "the Federal Rules of Civil Procedure, to the extent that they are not
28  inconsistent with these rules, may be applied, when appropriate, to the petitions filed under these rules."  Rule 11, Rules
    Governing Section 2254 Cases.

                                      1

1    documents necessary for the resolution of the issues presented in the Petition.

2    Rule 5 of the Rules Governing Section 2254 Cases.

3    –   Any argument by Respondent that Petitioner has *procedurally defaulted* a

4    claim(s) SHALL BE MADE in an ANSWER that also addresses the merits of the

5    claims asserted. This is to enable the Court to determine whether Petitioner meets

6    an exception to procedural default. See Paradis v. Arave, 130 F.3d 385, 396 (9th

7    Cir. 1997) (Procedurally defaulted claims may be reviewed on the merits to serve

8    the ends of justice); Jones v. Delo, 56 F.3d 878 (8th Cir. 1995) (the answer to

9    the question that it is more likely than not that no reasonable juror fairly

10    considering all the evidence, including the new evidence, would have found

11    Petitioner guilty beyond a reasonable doubt necessarily requires a review of the

12    merits).

13    –   Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date

14    Respondent's Answer is filed with the Court.

15    B.  A MOTION TO DISMISS due within **SIXTY(60)** days of the *date of service* of this

16    order based on the following grounds:[2]

17    i.   EXHAUSTION - 28 U.S.C. § 2254(b)(1). A Motion to Dismiss for Petitioner's

18    failure to exhaust state court remedies SHALL INCLUDE copies of all the

19    Petitioner's state court filings and dispositive rulings so as to allow the Court to

20    examine the limitations issue. See Ford v. Hubbard, 305 F.3d 875 (9th Cir.

21    2002); Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003);

22    ii.  STATUTE OF LIMITATIONS - 28 U.S.C. § 2244(d)(1). A Motion to Dismiss

23    the Petition as filed beyond the one year limitations period SHALL INCLUDE

24    copies of all Petitioner's state court filings and dispositive rulings.

---

[2]Rule 4 of the Rules Governing Section 2254 Cases provides that upon the court's determination that summary dismissal is inappropriate, the "judge shall order the respondent to file an answer or *other pleading . . . or to take such other action as the judge deems appropriate*." Rule 4, Rules Governing Section 2254 Cases (emphasis added); see, also, Advisory Committee Notes to Rule 4 and 5 of Rules Governing Section 2254 Cases (stating that a dismissal may obviate the need for filing an answer on the substantive merits of the petition and that the Attorney General may file a Motion to Dismiss for failure to exhaust.); also, White v. Lewis, 874 F.2d 599, 60203 (9th Cir.1989) (providing that Motions to Dismiss pursuant to Rule 4 are proper in a federal habeas proceeding.)

2

1        iii. SECOND OR SUCCESSIVE Petitions - 28 U.S.C. § 2244(b).  A Motion to

2              Dismiss the Petition on the basis of § 2244(b) SHALL include a copy of the

3              previously filed federal Petition and disposition thereof.

4    2.    OPPOSITIONS to Motions to Dismiss SHALL be served and filed within EIGHTEEN

5          (18) days, plus three days for mailing.  All other Oppositions SHALL be served and filed

6          within EIGHT (8) days, plus three days for mailing. REPLIES to Oppositions to Motions

7          to Dismiss SHALL be served and filed within eight (8) days, plus three days for mailing.

8          Replies to Oppositions to all other Motions SHALL be served and filed within eight (8)

9          days, plus three days for mailing.  If no opposition is filed, all motions are deemed

10         submitted at the expiration of the opposition period.

11   3.    Unless already submitted, both Respondent and Petitioner SHALL COMPLETE and

12         RETURN to the Court along with the Response or Motion to Dismiss, a Consent form

13         indicating whether the party consents or declines to consent to the jurisdiction of a

14         United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

15   4.    RESPONDENT SHALL submit a Notice of Appearance as attorney of record within

16         **SIXTY (60)** days of the date of service of this order for purposes of service of court

17         orders.  See Local Rule 83-182(a), 5-135(c).

18   5.    The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a copy

19         of the PETITION and any exhibits/attachments, on the Attorney General or his

20         representative.

21       All motions shall be submitted on the record and briefs filed without oral argument unless

22   otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are

23   applicable to this order.

24   IT IS SO ORDERED.

25   Dated:   **March 8, 2007**                                          **/s/ Theresa A. Goldner**

26   **j6eb3d**                                                  UNITED STATES MAGISTRATE JUDGE

27

28

                                                 3