# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COBOS, | 1:06-cv-0317 AWI-TAG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. #13) |
| MENDOZA-POWERS, Warden, | ORDER GRANTING MOTION TO DISMISS (Doc. #9) |
| Respondent. | ORDER DISMISSING ACTION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 26, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that Respondent's motion to dismiss be granted and the petition for writ of habeas corpus be dismissed because the petition was not filed within the one-year time period provided for in 28 U.S.C. § 2244(d). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On March 20, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. In the objections, Petitioner states that he is "entitled to equitable

tolling."   As explained by the Magistrate Judge, the limitations period is subject to equitable tolling if Petitioner shows that extraordinary circumstances beyond a his control made it impossible for the petition to be filed on time.   Calderon v. U.S. Dist. Ct. (Kelly), 163 F.3d 530, 541 (9th Cir. 1998). Merely stating in the objections that Petitioner is entitled to equitable tolling, without any supporting arguments or evidence, is insufficient.   Thus, the objections present no reason not to adopt the Findings and Recommendations.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 26, 2008, are ADOPTED IN FULL;
2. Respondent's motion to dismiss is GRANTED (Doc. #9);
3. The Petition for Writ of Habeas Corpus is DISMISSED; and
4. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 27, 2008**　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2